# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | 1:15-cv-01612-EPG-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(ECF No. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

   Pablo Chavez ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 22, 2015.  (ECF No. 1.)  The Complaint is not signed by Plaintiff.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's Complaint, filed on October 22, 2015, is STRICKEN from the record for lack of signature;

   2.   The Clerk's Office shall send Plaintiff a form § 1983 complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a First Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **October 28, 2015**     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE